# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                        §
                                              §
RFM ENTERPRISES, INC.                         §        Case No. 09-42246
                                              §
                    Debtor(s)                 §

## UYEEGUUQT "TRUSTEE'S FINAL REPORT (TFR)

The undersigned uyeguuqt "trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                        $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]                  $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                   and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $           , for a total compensation of $        [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $       [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Elizabeth C. Berg, Uveeguuqt"Trustee _____
                                              Uveeguuqt"Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

**Exhibit A**

| | |
|---|---|
| Case No: | 09-42246   DRC   Judge: DONALD R. CASSLING |
| Case Name: | RFM ENTERPRISES, INC. |
| For Period Ending: | 04/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Date Filed (f) or Converted (c): | 11/06/09 (f) |
| 341(a) Meeting Date: | 12/22/09 |
| Claims Bar Date: | 04/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 5,000.00 | 0.00 | | 0.00 | FA |
| 2. SECURITY DEPOSIT | 9,000.00 | 0.00 | | 0.00 | FA |
| 3. TRADE ACCOUNTS RECEIVABLES | 308,090.00 | 0.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5. MACHINERY & EQUIPMENT | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 6. MISC INVENTORY | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. REFUNDS (u) | 34.87 | 0.00 | | 34.87 | FA |
| 8. 2002 FORD F150 (u) | 7,750.00 | 7,750.00 | | 7,750.00 | FA |
| --Property sold per order April 23, 2010; Title to vehicle held by Newgrom Construction; Vehicle sold at auction held on April 24, 2010 | | | | | |
| 9. 2001 F450 FLATBED TRUCK (u) | 0.00 | 0.00 | | 0.00 | FA |
| (Not Asset of the Estate) --Asset owned by Estate of Debtor's principal, Ronald Morgan (Case No. 09-42248) and listed on schedules of R. Morgan --Property sold per order dated April 23, 2010; auction held April 24, 2010 --Prior trustee improperly listed as asset of this Debtor and deposited sale proceeds into this estate; funds transferred to correct estate by successor trustee on January 29, 2015 | | | | | |
| 10. 2000 CHEVROLET PICKUP (u) | 0.00 | 0.00 | | 0.00 | FA |
| (Not Asset of the Estate) --Asset owned by Estate of Debtor's principal, Ronald Morgan (Case No. 09-42248) and listed on schedules of R. Morgan --Property sold per order dated April 23, 2010; auction held on April 24, 2010 --Prior trustee improperly listed as asset of this Debtor and deposited sale proceeds into this estate; funds transferred to correct estate by | | | | | |

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Ver: 18.04

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 09-42246 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | RFM ENTERPRISES, INC. | | |

| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 11/06/09 (f) |
| 341(a) Meeting Date: | 12/22/09 |
| Claims Bar Date: | 04/22/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | successor trustee on January 29, 2015 | | | | | |
| 11. | 2003 FORD STAKE BODY (u) | 0.00 | 0.00 | | 0.00 | FA |
| | (Not Asset of the Estate) | | | | | |
| | --Asset owned by Estate of Debtor's principal, Ronald Morgan (Case No. 09-42248) and listed on schedules of R. Morgan | | | | | |
| | --Property sold per order dated April 23, 2010; auction held on July 17, 2010 | | | | | |
| | --Prior trustee improperly listed as asset of this Debtor and deposited sale proceeds into this estate; funds transferred to correct estate by successor trustee on January 29, 2015 | | | | | |
| 12. | SETTLEMENT EV FILAN NO04CH 06750 (u) | 678.26 | 0.00 | | 678.26 | FA |
| 13. | A/R (u) | 100.00 | 100.00 | | 200.00 | FA |
| 14. | POSSIBLE PREFERENCES (Adv 11 A 2343) (u) | 20,000.00 | 20,000.00 | | 12,500.00 | FA |
| | Trustee v. Vetters | | | | | |
| 15. | POSSIBLE PREFERENCES (Adv. 11 A 2346) (u) | 10,000.00 | 10,000.00 | | 6,000.00 | FA |
| | Trustee v. Discover | | | | | |
| INT. | Interest Earned (u) | Unknown | N/A | | 6.14 | Unknown |

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $370,653.13 | $47,850.00 | $27,169.27 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee:

Verified proper administration of estate; transferred assets which were property of the Estate of Ronald F. Morgan, Jr.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No.: | 09-42246   DRC   Judge: DONALD R. CASSLING | Trustee Name:   Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | Date Filed (f) or Converted (c):   11/06/09 (f) |
| | | 341(a) Meeting Date:   12/22/09 |
| | | Claims Bar Date:   04/22/10 |

(case no. 09-42248) and not property of this estate; resolved claims issues; prepared the Trustee's final report.

Prior Trustee

INVESTIGATING TRANSFERS (PREFERENCES AND FRAUDULENT TRANSFERS) ; RELATED TO RONALD MORGAN 09B 42248; DEMAND ON SISTER'S BUSINESS REGARDING INSIDER TRANSFER OF 1M PLUS; ADVERSARY CASE NO 11A 614 PENDING; SET FOR TRIAL IN OCTOBER 2012

Matter settled and compromised. Awaiting tax returns & closing of case

Final report in progress

Initial Projected Date of Final Report (TFR): 06/30/12          Current Projected Date of Final Report (TFR): 06/30/15

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:          09-42246 -DRC
Case Name:    RFM ENTERPRISES, INC.

Taxpayer ID No:  *******2331
For Period Ending:  04/25/15

Trustee Name:          Elizabeth C. Berg, Succ. Trustee
Bank Name:              BANK OF NY MELLON
Account Number / CD #:    *******8565  Money Market Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312267338565 | Wire in from JPMorgan Chase Bank, N.A. account 312267338565 | 9999-000 | 34.87 | | 34.87 |
| 05/05/10 | | AMERICAN AUCTION 8515 S THOMAS AVENUE BRIDGEVIEW, IL  60455 | Wire in from JPMorgan Chase Bank, N.A. account 312267338565 SALE OF VEHICLES Prior trustee deposited sale proceeds from the sale of 2001 Ford F450 and 2000 Chevy Pickup into this estate; the vehicles are owned by Estate of Ronald Morgan (case no. 09-42248); successor trustee issued check to estate of Ronald Morgan on January 29, 2015 in the amount of $8,775.76 representing the net proceeds from the sale of said vehicles | 1229-000 | 15,935.12 | | 15,969.99 |
| | | | Memo Amount:     (        590.64  ) | 3620-000 | | | |
| | | | EXPENSE TO AUCTIONEER Amount of auctioneer expenses attributable to sale of 2002 Ford F150 | 1229-000 | | | |
| | 8 | | Memo Amount:          7,750.00 | | | | |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.57 | | 15,970.56 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,971.21 |
| 07/26/10 | | AMERICAN AUCTION ASSOC., INC. 8515 S THOMAS AVENUE BRIDGVIEW, IL  60455 | SALE OF 2003 FORD TRUCK Prior trustee deposited sale proceeds from the sale of 2003 Ford Stake into this estate; the vehicle is owned by Estate of Ronald Morgan (case no. 09-42248); successor trustee issued check to estate of Ronald Morgan on January 29, 2015 in the amount of $7,089.34 representing the net proceeds from the sale of said vehicle | 1229-000 | 7,089.34 | | 23,060.55 |

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-42246 -DRC | | Trustee Name: | | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | | Bank Name: | | BANK OF NY MELLON |
| | | | Account Number / CD #: | | *******8565  Money Market Account |
| Taxpayer ID No: | *******2331 | | | | |
| For Period Ending: | 04/25/15 | | Blanket Bond (per case limit): | | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.73 | | 23,061.28 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.97 | | 23,062.25 |
| 09/24/10 | 12 | DANIEL HYNES<br>STATE OF ILLINOIS | WORKERS COMP INSURANCE REBATE | 1249-000 | 678.26 | | 23,740.51 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,740.69 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,740.88 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,741.06 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,741.26 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,741.46 |
| 02/15/11 | 011001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-42246, Bond#016026455<br>2300-000        $-15.64 | 2300-000 | | 15.64 | 23,725.82 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,726.00 |
| 03/10/11 | 011002 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>1900 Ravinia Place<br>Orland Park, IL  60462 | REIMBURSEMENT FOR ADVERSARY FILING FEE/11A 00614<br>2700-000        $-250.00 | 2700-000 | | 250.00 | 23,476.00 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,476.20 |
| 04/28/11 | 13 | MACNEAL HOSPITAL<br>3249 SOUTH OAK PARK AVENUE<br>BERWYN, IL  60402 | VOLUNTARY TURNOVER OF A/R | 1221-000 | 100.00 | | 23,576.20 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,576.39 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,576.58 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,576.77 |
| 07/28/11 | 13 | MACNEAL HOSPITAL<br>3249 SOUTH OAK PARK AVENUE<br>BERWYN, IL  60402 | VOLUNTARY TURNOVER OF A/R | 1221-000 | 100.00 | | 23,676.77 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,676.96 |

LFORM24

Ver: 18.04

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-42246 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | | Bank Name: | BANK OF NY MELLON |
| | | | Account Number / CD #: | *******8565  Money Market Account |
| Taxpayer ID No: | *******2331 | | | |
| For Period Ending: | 04/25/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.21 | 23,631.75 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,631.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.04 | 23,576.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.61 | 23,578.51 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,578.70 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.45 | 23,530.25 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,530.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.74 | 23,483.70 |
| 11/07/11 | 011003 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL  60462 | reimbursement for adversary filing fees/11-02343 & 11-02346        2700-000        $-586.00 | 2700-000 | | 586.00 | 22,897.70 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,897.88 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.67 | 22,847.21 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 22,847.40 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.94 | 22,800.46 |
| 01/27/12 | 15 | DISCOVER BANK P.O. BOX 15185 WILMINGTON, DE  19850 | SETTLEMENT PAYMENT | 1241-000 | 6,000.00 | | 28,800.46 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 28,800.65 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.25 | 28,750.40 |
| 02/07/12 | | Green Bank | Transfer Funds            9999-000        $-28,750.40 | 9999-000 | | 28,750.40 | 0.00 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-42246 -DRC | | Trustee Name: | | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | | Bank Name: | | BANK OF NY MELLON |
| | | | Account Number / CD #: | | *******8565  Money Market Account |
| Taxpayer ID No: | *******2331 | | | | |
| For Period Ending: | 04/25/15 | | Blanket Bond (per case limit): | | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 7,750.00 | COLUMN TOTALS | | 29,943.73 | 29,943.73 | 0.00 |
| | | Memo Allocation Disbursements: | 590.64 | Less:  Bank Transfers/CD's | | 34.87 | 28,750.40 | |
| | | | | Subtotal | | 29,908.86 | 1,193.33 | |
| | | Memo Allocation Net: | 7,159.360 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 29,908.86 | 1,193.33 | |

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-42246 -DRC | | | Trustee Name: | | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | | | Bank Name: | | GREEN BANK |
| | | | | Account Number / CD #: | | *******4601  DDA |
| Taxpayer ID No: | *******2331 | | | | | |
| For Period Ending: | 04/25/15 | | | Blanket Bond (per case limit): | | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 28,750.40 | | 28,750.40 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | 20.23 | 28,730.17 |
| | | | 2300-000      $-20.23 | | | | |
| 02/29/12 | | Green Bank | Bank Service Fee | 2600-000 | | 34.40 | 28,695.77 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 03/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 47.80 | 28,647.97 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 04/16/12 | 005002 | UPS | OVERNIGHT DELIVER FEES | 2990-000 | | 17.90 | 28,630.07 |
| | | LOCKBOX 577 | 2990-000      $-17.90 | | | | |
| | | CAROL STREAM, IL  60132 | | | | | |
| 04/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 43.24 | 28,586.83 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 05/14/12 | 14 | CREATION CARPENTRY | PREFERENCE PAYMENT | 1241-000 | 12,500.00 | | 41,086.83 |
| | | 8556 WEST 142ND PLACE | | | | | |
| | | ORLAND PARK, IL  60462 | | | | | |
| 05/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 57.19 | 41,029.64 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 06/05/12 | 005003 | EUNICE SACHS & ASSOCIATES | DEPOSITION OF CHRISTINE PETERSON | 2990-000 | | 131.25 | 40,898.39 |
| | | 218 SHEA DRIVE | 2990-000      $-131.25 | | | | |
| | | FLOSSMOOR, IL  60422- | | | | | |
| 06/29/12 | | Green Bank | Bank Service Fee | 2600-000 | | 66.07 | 40,832.32 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 07/10/12 | 005004 | EUNICE SACHS & ASSOCIATES | DEPOSITION OF CHRISTINE PETERSON/ | 2990-000 | | 415.00 | 40,417.32 |

| | | | | Page Subtotals | 41,250.40 | 833.08 | |

Page:   6

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-42246 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | RFM ENTERPRISES, INC. | Bank Name: | GREEN BANK |
| | | Account Number / CD #: | *******4601 DDA |
| Taxpayer ID No: | *******2331 | | |
| For Period Ending: | 04/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 218 SHEA DRIVE | 5/21/12 | | | | |
| | | FLOSSMOOR, IL  60422- | 2990-000       $-415.00 | | | | |
| 07/11/12 | 005005 | EUNICE SACHS & ASSOCIATES | INV 41278/DEPOSITION OF CHRISTINE | 2990-000 | | 105.00 | 40,312.32 |
| | | 218 SHEA DRIVE | PETERSON | | | | |
| | | FLOSSMOOR, IL  60422- | 2990-000       $-105.00 | | | | |
| 07/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 63.44 | 40,248.88 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 08/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 71.23 | 40,177.65 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 09/28/12 | | Green Bank | Bank Service Fee | 2600-000 | | 56.46 | 40,121.19 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 10/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 64.74 | 40,056.45 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 11/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 66.72 | 39,989.73 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 12/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 60.36 | 39,929.37 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 64.43 | 39,864.94 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/21/13 | 005006 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | 37.77 | 39,827.17 |
| | | 701 POYDRAS STREET | 2300-000       $-37.77 | | | | |

| | | Page Subtotals | 0.00 | 590.15 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Ver: 18.04

FORM 2                                                                                                          Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                            Exhibit B

| Case No: | 09-42246 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | | Bank Name: | GREEN BANK |
| | | | Account Number / CD #: | *******4601  DDA |
| Taxpayer ID No: | *******2331 | | | |
| For Period Ending: | 04/25/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 NEW ORLEANS, LA  70139 | | | | | |
| 02/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 58.10 | 39,769.07 |
| 03/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 64.17 | 39,704.90 |
| 04/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 62.00 | 39,642.90 |
| 05/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 68.09 | 39,574.81 |
| 06/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 57.68 | 39,517.13 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 63.76 | 39,453.37 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 67.77 | 39,385.60 |

|  | | | Page Subtotals | | 0.00 | 441.57 | |

FORM 2   Page: 8

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-42246 -DRC | | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee | |
| Case Name: | RFM ENTERPRISES, INC. | | | Bank Name: | GREEN BANK | |
| | | | | Account Number / CD #: | *******4601  DDA | |
| Taxpayer ID No: | *******2331 | | | | | |
| For Period Ending: | 04/25/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 57.40 | 39,328.20 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 63.46 | 39,264.74 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 63.36 | 39,201.38 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 61.21 | 39,140.17 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 67.23 | 39,072.94 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 56.95 | 39,015.99 |
| 08/08/14 | 005007 | Joseph Voiland, Successor Trustee<br>   to David E. Grochocinski | Transfer funds to Successor TR | 9999-000 | | 39,015.99 | 0.00 |

| | | | | Page Subtotals | 0.00 | 39,385.60 | |

**FORM 2**

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-42246  -DRC |
| Case Name: | RFM ENTERPRISES, INC. |
| Taxpayer ID No: | *******2331 |
| For Period Ending: | 04/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4601  DDA |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 41,250.40 | 41,250.40 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 28,750.40 | 39,015.99 | |
| | | | | Subtotal | 12,500.00 | 2,234.41 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 12,500.00 | 2,234.41 | |

Page Subtotals                                    0.00                    0.00

Ver: 18.04

LFORM24

FORM 2   Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**   Exhibit B

| | |
|---|---|
| Case No: | 09-42246  -DRC |
| Case Name: | RFM ENTERPRISES, INC. |
| Taxpayer ID No: | *******2331 |
| For Period Ending: | 04/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6651 Checking Acct - ECB TR |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Transfer from Acct #*******2154 | Bank Funds Transfer | 9999-000 | 38,801.25 | | 38,801.25 |
| | | | Transfer funds to Successor TR new account.  ecb | | | | |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 42.79 | 38,758.46 |
| 01/29/15 | 001001 | Elizabeth C. Berg | Payment of non-estate sale proceeds | 1229-000 | -8,775.76 | | 29,982.70 |
| | | Successor Trustee | To Estate of Ronald P. Morgan, debtor | | | | |
| | | 20 N. Clark St.  #200 | Case No. 09-42248 | | | | |
| | | Chicago IL 60603 | Sale proceeds received by prior trustee from auction | | | | |
| | | | of vehicles (2001 Ford F450 and 2000 Chevy Pickup) | | | | |
| | | | on April 24, 2010  paid to estate of Ronald Morgan | | | | |
| | | | which owned said vehicles | | | | |
| 01/29/15 | 001002 | Elizabeth C. Berg | Payment of non-estate sale proceeds | 1229-000 | -7,089.34 | | 22,893.36 |
| | | Successor Trustee | to Estate of Ronald P. Morgan, debtor | | | | |
| | | 20 N. Clark St.  #200 | Case No. 09-42248 | | | | |
| | | Chicago IL 60603 | Sale proceeds received by prior trustee from auction | | | | |
| | | | of 2003 Ford Stake on July 17, 2010  paid to estate of | | | | |
| | | | Ronald Morgan which owned said vehicle | | | | |
| 02/20/15 | 001003 | Arthur B. Levine Company | 2015 Bond Premium | 2300-000 | | 19.52 | 22,873.84 |
| | | Adams Levine | | | | | |
| | | 60 East 42nd Street | | | | | |
| | | New York NY 10165 | | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 22,936.15 | 62.31 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit B

| Case No: | 09-42246 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6651 Checking Acct - ECB TR |
| Taxpayer ID No: | *******2331 | | |
| For Period Ending: | 04/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 22,936.15 | 62.31 | 22,873.84 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 38,801.25 | 0.00 | |
| | | | | Subtotal | -15,865.10 | 62.31 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | -15,865.10 | 62.31 | |

Page Subtotals          0.00          0.00

Ver: 18.04

LFORM24

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:          09-42246  -DRC
Case Name:     RFM ENTERPRISES, INC.

Trustee Name:          Elizabeth C. Berg, Succ. Trustee
Bank Name:                Associated Bank
Account Number / CD #:     *******2154  Checking Account

Taxpayer ID No: *******2331
For Period Ending: 04/25/15

Blanket Bond (per case limit): $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/14 | | David E Grochocinski, Former Trustee | Transfer Funds from Prior TR | 9999-000 | 39,015.99 | | 39,015.99 |
| | | Grochocinski & Grochocinski | | | | | |
| | | 1900 Ravinia Place | | | | | |
| | | Orland Park, IL  60462 | | | | | |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 44.90 | 38,971.09 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 56.07 | 38,915.02 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 57.86 | 38,857.16 |
| 12/05/14 | | Associated Bank | Bank Service Fee | 2600-000 | | 55.91 | 38,801.25 |
| 12/10/14 | | Transfer to Acct #*******6651 | Bank Funds Transfer | 9999-000 | | 38,801.25 | 0.00 |
| | | | Transfer funds to Successor TR new account.  ecb | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 39,015.99 | 39,015.99 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 39,015.99 | 38,801.25 | |
| | | Subtotal | | 0.00 | 214.74 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 214.74 | |

Page Subtotals          39,015.99          39,015.99

Ver: 18.04

FORM 2

Page: 13

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  09-42246 -DRC
Case Name:  RFM ENTERPRISES, INC.

Taxpayer ID No:  *******2331
For Period Ending:  04/25/15

Trustee Name:  Elizabeth C. Berg, Succ. Trustee
Bank Name:  JP MORGAN CHASE BANK
Account Number / CD #:  *******8565  Money Market Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/10 | 7 | DEPT OF EMPLOYMENT SECURITY | TAX REFUND | 1224-000 | 34.87 | | 34.87 |
| 04/06/10 | | Wire out to BNYM account 000267338565 | Wire out to BNYM account 000267338565 | 9999-000 | | 34.87 | 0.00 |
| | | | Wire out to BNYM account 000267338565 | | | | |
| | | | 9999-000        $-34.87 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 34.87 | 34.87 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 34.87 | |
| | | Subtotal | 34.87 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | 0.00 | | |
| | | Net | 34.87 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 7,750.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 590.64 | Money Market Account - *******8565 | 29,908.86 | 1,193.33 | 0.00 |
| | | DDA - *******4601 | 12,500.00 | 2,234.41 | 0.00 |
| Total Memo Allocation Net: | 7,159.36 | Checking Acct - ECB TR - *******6651 | -15,865.10 | 62.31 | 22,873.84 |
| | | Checking Account - *******2154 | 0.00 | 214.74 | 0.00 |
| | | Money Market Account - *******8565 | 34.87 | 0.00 | 0.00 |
| | | | 26,578.63 | 3,704.79 | 22,873.84 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 25, 2015

Case Number:   09-42246
Debtor Name:   RFM ENTERPRISES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Administrative reimbursement for adversary filing fees advanced to pay Clerk | | $836.00 | $836.00 | $0.00 |
| 003 3110-00 | InnovaLaw, PC 1900 Ravinia Place Orland Park, IL 60462 | Administrative voluntarily reduced amount per settlement for final distribution | | $10,000.00 | $0.00 | $10,000.00 |
| 003 3120-00 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Administrative out of pocket expenses to be paid in full per settlement for final distribution | | $353.97 | $0.00 | $353.97 |
| 002 3410-00 | Scott Horewitch Pidgeon & Abrams, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL 60089 | Administrative Per agreement, administrative creditors will subordinate payment of their respective claims to the payment in full of amount allowed to prior Trustee's accountant | | $5,595.00 | $0.00 | $5,595.00 |
| 200 2100-00 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago  IL 60602 | Administrative Proposed settlement for final distribution; successor trustee voluntarily sought allowance of compensation less than the maximum available pursuant to section 326 | | $2,500.00 | $0.00 | $2,500.00 |
| 001 2100-00 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Administrative Trustee compensation to be paid to successor trustee per settlement for final distribution; prior trustee waives compensation | | $0.00 | $0.00 | $0.00 |
| BOND 999 2300-00 | Arthur B. Levine Company Adams Levine 60 East 42nd Street New York NY 10165 | Administrative | | $19.52 | $19.52 | $0.00 |
| | Subtotal for Class Administrative | | | $19,304.49 | $855.52 | $18,448.97 |
| 1 046 5800-00 | Renaissance Executive Forums 856 Crescent Blvd Glen Ellyn, IL 60137 | Priority unspecified priority claim filed; no basis for priority claim | | $8,470.00 | $0.00 | $8,470.00 |
| 3 046 5800-00 | Internal Revenue Service P O Box 21126 Philadelphia, PA 19114 | Priority claim amended to $0 | | $0.00 | $0.00 | $0.00 |
| 5 043 5400-00 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | Priority | | $245,628.16 | $0.00 | $245,628.16 |
| | Subtotal for Class Priority | | | $254,098.16 | $0.00 | $254,098.16 |
| 2 070 7100-00 | Acuity 2800 South Taylor Drive Sheboygan, WI 53081 | Unsecured | | $2,027.00 | $0.00 | $2,027.00 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 25, 2015

Case Number:   09-42246
Debtor Name:   RFM ENTERPRISES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5a<br>070<br>7100-00 | Chicago Regional Council of Carpenters<br>c/o Bruce C. Scalambrino<br>Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL  60602 | Unsecured | | $60,522.68 | $0.00 | $60,522.68 |
| 6<br>070<br>7100-00 | West Suburban Bank<br>c/o: Cohen & Krol<br>105 W Madison St Ste 1100<br>Chicago, IL  60602 | Unsecured | | $907,877.92 | $0.00 | $907,877.92 |
| 7<br>610<br>7100-00 | Nicholas & Associates, Inc.<br>c/o Matthew A. Olins<br>190 South LaSalle Street, Suite 3700<br>Chicago, IL  606033433 | Unsecured | | $130,220.00 | $0.00 | $130,220.00 |
| 9<br>070<br>7100-00 | Thomas Vetter & Lynn Vetter<br>d/b/a MDI Services<br>8556 W. 142nd Place<br>Orland Park, IL  60462 | Unsecured | Claim filed pursuant to Rule 3002(c)(3) and is deemed timely filed (9-1) Services performed | $12,500.00 | $0.00 | $12,500.00 |
| | Subtotal for Class Unsecured | | | $1,113,147.60 | $0.00 | $1,113,147.60 |
| 4<br>560<br>4110-00 | Michael T. Nigro, Attorney for<br>Nexgen Building Supply<br>Nigro, Westfall & Gryska, P.C.<br>1793 Bloomingdale Road<br>IL  60139 | Secured | Claim withdrawn 3/24/15<br>Stay modified on 4/23/10 allowing Nexgen to pursue collection<br>(4-1) Proof of Claim for Nexgen Building Supply | $0.00 | $0.00 | $0.00 |
| 8<br>560<br>4110-00 | Westmont Interior Supply House<br>c/o Patrick Williams<br>901 Warrenville Rd #175<br>Lisle, IL  60532 | Secured | Claim withdrawn 3/23/15<br>Stay modified on May 21, 2010 authorizing creditor to pursue collection<br>(8-1) Bond Claim/Lien Against Public Funds | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $1,386,550.25 | $855.52 | $1,385,694.73 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

UWEEGUUQT"TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-42246
Case Name: RFM ENTERPRISES, INC.
Trustee Name: Elizabeth C. Berg, Uwee0Trustee

Balance on hand                                      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Michael T. Nigro, Attorney for | $ | $ | $ | $ |
| 8 | Westmont Interior Supply House | $ | $ | $ | $ |

Total to be paid to secured creditors        $_____

Remaining Balance                            $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: InnovaLaw, PC | $ | $ | $ |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ | $ | $ |
| Charges: David E. Grochocinski | $ | $ | $ |
| Other: Arthur B. Levine Company | $ | $ | $ |
| Other: InnovaLaw, PC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Renaissance Executive Forums | $ | $ | $ |
| 3 | Internal Revenue Service | $ | $ | $ |
| 5 | Chicago Regional Council of Carpenters | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Acuity | $ | $ | $ |
| 5a | Chicago Regional Council of Carpenters | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | West Suburban Bank | $ | $ | $ |
| 7 | Nicholas & Associates, Inc. | $          130,220.00 | $ | $ |
| 9 | Thomas Vetter & Lynn Vetter | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE