UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
RFM ENTERPRISES, INC.                §      Case No. 09-42246
                                     §
            Debtor(s)                §

NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   219 S. Dearborn Street
   7th Floor
   Chicago  IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
      10:30 a.m.
      on Friday, June 26, 2015
      in Courtroom 240 of the Kane County Courthouse
      100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg,  Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
RFM ENTERPRISES, INC. § Case No. 09-42246
 §
Debtor(s) §

## SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,169.27 |
| and approved disbursements of | $ | 4,295.43 |
| leaving a balance on hand of[1] | $ | 22,873.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Michael T. Nigro, Attorney for | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | Westmont Interior Supply House | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 22,873.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ 5,595.00 | $ 0.00 | $ 5,595.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: David E. Grochocinski | $ 836.00 | $ 836.00 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 19.52 | $ 19.52 | $ 0.00 |
| Other: InnovaLaw, PC | $ 353.97 | $ 0.00 | $ 353.97 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 18,448.97 |
| Remaining Balance | $ 4,424.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 254,098.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Renaissance Executive Forums | $ 8,470.00 | $ 0.00 | $ 0.00 |
| 3 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Chicago Regional Council of Carpenters | $ 245,628.16 | $ 0.00 | $ 4,424.87 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 4,424.87 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,113,147.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Acuity | $ 2,027.00 | $ 0.00 | $ 0.00 |
| 5a | Chicago Regional Council of Carpenters | $ 60,522.68 | $ 0.00 | $ 0.00 |
| 6 | West Suburban Bank | $ 907,877.92 | $ 0.00 | $ 0.00 |
| 7 | Nicholas & Associates, Inc. | $ 130,220.00 | $ 0.00 | $ 0.00 |
| 9 | Thomas Vetter & Lynn Vetter | $ 12,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $         0.00

Remaining Balance                                                              $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg, Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-42246-DRC
RFM Enterprises, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: dross   Page 1 of 2   Date Rcvd: Jun 02, 2015
                              Form ID: pdf006   Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2015.
```
db            +RFM Enterprises, Inc.,    c/o Ronald F. Morgan,    1519 Foothill Dr.,    Wheaton, IL 60189-7308
15074488      +Acuity,    2800 South Taylor Drive,    Sheboygan, WI 53081-8474
14696532       Bank of America,    POB 15019,    Wilmington, DE 19886-5019
14696543     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,    P.O. Box 6029,    The Lakes, NV 88901-6029)
14696533      +Capital One,    POB 6492,    Carol Stream, IL 60197-6492
14696534       Carpenters Benefit Funds of IL,    P.O. Box 4001,    Geneva, IL 60134-4001
14696535       Chase,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14696536      +Chicago Carpenters Trust Funds,    P.O. Box 94432,    Chicago, IL 60690-4432
15419629      +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
                One North LaSalle Street, Suite 1600,    Chicago, Illinois 60602-3935
14696538      +Chris' Taping Co.,    517 W. Indiana St.,    Wheaton, IL 60187-2327
14696542       Global Com Inc. USA,    4070 Paysphere Circle,    Chicago, IL 60674-0040
14696544     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    100 W Randolph 7th Floor,
                Bankruptcy Unit,    Chicago, IL 60601)
14696546       Illinois Dept of Employment Securit,    P.O. Box 3637,    Springfield, IL 62708-3637
14696548      +MacNeal,    2384 Paysphere Circle,    Chicago, IL 60674-0023
14696549      +MacNeal Health Network,    3249 S. Oak Park Ave.,    Berwyn, IL 60402-3429
14696551      +Marlin Leasing,    P. O. Box 637,    Mount Laurel, NJ 08054-0637
14696550       Marlin Leasing,    P.O. Box 13604,    Philadelphia, PA 19101-3604
15113514      +Michael T. Nigro, Attorney for,    Nexgen Building Supply,    Nigro, Westfall & Gryska, P.C.,
                1793 Bloomingdale Road,    Glendale Hts., IL 60139-2187
15442655       Nicholas & Associates, Inc.,    c/o Matthew A. Olins,    190 South LaSalle Street, Suite 3700,
                Chicago, IL 60603-3433
14696555      +Realty Associates Fund VII, LP,    403 Eisenhower Lane South,    Lombard, IL 60148-5706
14696556      +Renaissance Executive Forums,    856 Crescent Blvd,    Glen Ellyn, IL 60137-4253
14696557      +RevTech Corporation,    603 Country Club Drive,    Suite F,    Bensenville, IL 60106-1329
14696558      +Ronald F. Morgan Jr.,    1519 Foothill Dr.,    Wheaton, IL 60189-7308
14696559      +Ronald F. Morgan, Jr.,    29W541 Prairrie Ave,    Warrenville, IL 60555-2519
14696560      +Sykora & Company, LLC,    1S376 Summit Ave., Court C,    Villa Park, IL 60181-3966
18887359      +Thomas Vetter & Lynn Vetter,    d/b/a MDI Services,    8556 W. 142nd Place,
                Orland Park, IL 60462-4268
14696562      +Village of Lombard,    255 E. Wilson Ave.,    Lombard, IL 60148-3931
14696563      +West Suburban Bank,    c/o: Cohen & Krol,    105 W Madison St Ste 1100,    Chicago, IL 60602-4600
14696564       Westmont Interior Supply House,    P.O. Box 298,    Westmont, IL 60559-0298
15458608      +Westmont Interior Supply House,    c/o Patrick Williams,    901 Warrenville Rd #175,
                Lisle, IL 60532-4379
15458510      +Westmont Interior Supply House, Inc.,    c/o Ekl Williams LLC, Patrick J. William,
                901 Warrenville Rd, #175,    Lisle, IL 60532-4379
14696565      +Workers Comp Ins Co.,    Acuity,    2800 S. Taylor Dr.,    Sheboygan, WI 53081-8474
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14696531       E-mail/Text: bkr@cardworks.com Jun 03 2015 01:50:32     Advanta Bank,    P.O. Box 30715,
                Salt Lake City, UT 84130-0715
14696537      +E-mail/Text: dmcanally@wmklaborlaw.com Jun 03 2015 01:50:56
                Chicago Regional Council Carpenters,    12 East Erie St,    Chicago, IL 60611-2796
14696539       E-mail/Text: legalcollections@comed.com Jun 03 2015 01:55:12     ComEd,    P.O. Box 6111,
                Carol Stream, IL 60197-6111
14696541       E-mail/Text: cio.bncmail@irs.gov Jun 03 2015 01:51:17     District Director IRS,
                230 S Dearborn,    Chicago, IL 60604
14696554       E-mail/Text: bankrup@aglresources.com Jun 03 2015 01:50:38     Nicor Gas,    P.O. Box 0632,
                Aurora, IL 60507-0632
14696553       E-mail/Text: appebnmailbox@sprint.com Jun 03 2015 01:53:14     Nextel,    P.O. Box 4181,
                Carol Stream, IL 60197
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14696545*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    100 W. Randolph,
                Bankruptcy Section L-425,    Chicago, IL 60602)
14696547*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Kansas City, MO 64999)
14696540*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    P O Box 21126,    Philadelphia, PA 19114)
```

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Jun 02, 2015
                              Form ID: pdf006          Total Noticed: 38

14696552     ##+Nexgen Building Supplies,    2300 Hammond Drive,    Schaumburg, IL 60173-3816
14696561     ##+Tara Contracting, LLC,   2214 N. Huntington Dr,    Algonquin, IL 60102-4419
                                                                              TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2015 at the address(es) listed below:
              Ariane  Holtschlag    on behalf of Plaintiff David E Grochocinski aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
              Charles S. Stahl, Jr.    on behalf of Defendant    Chris' Taping Co. cstahl@smbtrials.com
              David E Grochocinski    on behalf of Plaintiff David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              Elizabeth C Berg    on behalf of Accountant    Scott, Horewitch, Pidgeon & Abrams, LLC
               bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Gina B Krol, ESQ    on behalf of Creditor    West Suburban Bank gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              James R. Mata    on behalf of Creditor    Nexgen building Supply, a Division of HWZ Distribution
               Group, LLC jmata@nigrowestfall.com,   jmatalaw@yahoo.com
              Kathleen M. McGuire    on behalf of Plaintiff David E Grochocinski kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
              Matthew A Olins    on behalf of Creditor    Nicholas & Associates, Inc. maolins@duanemorris.com
              Michael T Nigro    on behalf of Creditor    Nexgen building Supply, a Division of HWZ Distribution
               Group, LLC mike@nigrowestfall.com
              Patrick J. Williams    on behalf of Creditor    Westmont Interior Supply House
               pwilliams@eklwilliams.com,   troman@eklwilliams.com;ddyonkee@eklwilliams.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross W Bartolotta    on behalf of Defendant    Chris' Taping Co. rbartolo@smbtrials.com
              Timothy M Hughes    on behalf of Debtor    RFM Enterprises, Inc. thughes@lavellelaw.com
                                                                                              TOTAL: 14
```