# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RFM ENTERPRISES, INC. | § | Case No. 09-42246 |
| | § | |
| Debtor(s) | § | |

## SUCCESSOR CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, successor chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 332,090.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 4,424.87 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 22,744.40 | |

3) Total gross receipts of $ 27,169.27  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 27,169.27  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 993,463.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 58,141.90 | 22,744.40 | 22,744.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 254,098.16 | 254,098.16 | 4,424.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 761,190.42 | 1,113,147.60 | 1,113,147.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,754,653.42 | $ 1,425,387.66 | $ 1,389,990.16 | $ 27,169.27 |

4)  This case was originally filed under chapter 7 on  11/06/2009 .  The case was pending for 70 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/02/2015                          By:/s/Elizabeth C. Berg, Successor Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R | 1221-000 | 200.00 |
| REFUNDS | 1224-000 | 34.87 |
| Liquidation of Other Personal Property | 1229-000 | 0.00 |
| 2002 FORD F150 | 1229-000 | 7,750.00 |
| POSSIBLE PREFERENCES (Adv 11 A 2343) | 1241-000 | 12,500.00 |
| POSSIBLE PREFERENCES (Adv. 11 A 2346) | 1241-000 | 6,000.00 |
| SETTLEMENT EV FILAN NO04CH 06750 | 1249-000 | 678.26 |
| Interest Earned | 1270-000 | 6.14 |
| **TOTAL GROSS RECEIPTS** | | **$27,169.27** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Suburban Bank | | 993,463.00 | NA | NA | 0.00 |
| 4 | NEXGEN BUILDING SUPPLY | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 8 | WESTMONT INTERIOR SUPPLY HOUSE | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 993,463.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 19.52 | 19.52 | 19.52 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 58.00 | 58.00 | 58.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 15.64 | 15.64 | 15.64 |
| Associated Bank | 2600-000 | NA | 257.53 | 257.53 | 257.53 |
| Green Bank | 2600-000 | NA | 1,507.26 | 1,507.26 | 1,507.26 |
| The Bank of New York Mellon | 2600-000 | NA | 341.69 | 341.69 | 341.69 |
| DAVID E GROCHOCINSKI | 2700-000 | NA | 836.00 | 836.00 | 836.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUNICE SACHS & ASSOCIATES | 2990-000 | NA | 651.25 | 651.25 | 651.25 |
| UPS | 2990-000 | NA | 17.90 | 17.90 | 17.90 |
| INNOVALAW, PC | 3110-000 | NA | 45,397.50 | 10,000.00 | 10,000.00 |
| INNOVALAW, PC | 3120-000 | NA | 353.97 | 353.97 | 353.97 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, L | 3410-000 | NA | 5,595.00 | 5,595.00 | 5,595.00 |
| EXPENSE TO AUCTIONEER | 3620-000 | NA | 590.64 | 590.64 | 590.64 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 58,141.90 | $ 22,744.40 | $ 22,744.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDES | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDOR | | 0.00 | NA | NA | 0.00 |
| | IRS | | 0.00 | NA | NA | 0.00 |
| 5 | CHICAGO REGIONAL COUNCIL OF CARPENT | 5400-000 | NA | 245,628.16 | 245,628.16 | 4,424.87 |
| 3 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | RENAISSANCE EXECUTIVE FORUMS | 5800-000 | NA | 8,470.00 | 8,470.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 0.00** | **$ 254,098.16** | **$ 254,098.16** | **$ 4,424.87** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank | | 11,736.00 | NA | NA | 0.00 |
| | Bank of America | | 18,446.00 | NA | NA | 0.00 |
| | Bank of America | | 44,087.00 | NA | NA | 0.00 |
| | Capital One | | 6,300.00 | NA | NA | 0.00 |
| | Carpenters Benefit Funds of IL | | 2,198.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | | 2,806.00 | NA | NA | 0.00 |
| | Chicago Carpenters Trust Funds | | 269,490.63 | NA | NA | 0.00 |
| | Chris' Taping Co. | | 0.00 | NA | NA | 0.00 |
| | Com Ed | | 200.00 | NA | NA | 0.00 |
| | Global Com Inc. USA | | 1,200.00 | NA | NA | 0.00 |
| | Home Depot | | 7,500.00 | NA | NA | 0.00 |
| | MacNeal | | 0.00 | NA | NA | 0.00 |
| | MacNeal Health Network | | 1,000.00 | NA | NA | 0.00 |
| | Marlin Leasing | | 6,600.00 | NA | NA | 0.00 |
| | Nexgen Building Supplies | | 84,454.15 | NA | NA | 0.00 |
| | Nextel | | 2,115.00 | NA | NA | 0.00 |
| | Nicor | | 200.00 | NA | NA | 0.00 |
| | Realty Associates Fund VII, LP | | 51,937.09 | NA | NA | 0.00 |
| | Renaissance Executive Forums | | 8,470.00 | NA | NA | 0.00 |
| | Revtech Corp. | | 458.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ronald F. Morgan | | 0.00 | NA | NA | 0.00 |
| | Sykora & Company LLC | | 5,880.00 | NA | NA | 0.00 |
| | Village of Lombard | | 100.00 | NA | NA | 0.00 |
| | Westmont Interior Supply House | | 236,012.55 | NA | NA | 0.00 |
| | Workers Comp Insurance Co. | | 0.00 | NA | NA | 0.00 |
| 2 | ACUITY | 7100-000 | NA | 2,027.00 | 2,027.00 | 0.00 |
| 5a | CHICAGO REGIONAL COUNCIL OF CARPENT | 7100-000 | 0.00 | 60,522.68 | 60,522.68 | 0.00 |
| 7 | NICHOLAS & ASSOCIATES, INC. | 7100-000 | NA | 130,220.00 | 130,220.00 | 0.00 |
| 9 | THOMAS VETTER & LYNN VETTER | 7100-000 | NA | 12,500.00 | 12,500.00 | 0.00 |
| 6 | WEST SUBURBAN BANK | 7100-000 | NA | 907,877.92 | 907,877.92 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 761,190.42 | $ 1,113,147.60 | $ 1,113,147.60 | $ 0.00 |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit 8

| | |
|---|---|
| Case No: | 09-42246   DRC   Judge: DONALD R. CASSLING |
| Case Name: | RFM ENTERPRISES, INC. |

For Period Ending: 08/02/15

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 11/06/09 (f) |
| 341(a) Meeting Date: | 12/22/09 |
| Claims Bar Date: | 04/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 5,000.00 | 0.00 | | 0.00 | FA |
| 2. SECURITY DEPOSIT | 9,000.00 | 0.00 | | 0.00 | FA |
| 3. TRADE ACCOUNTS RECEIVABLES | 308,090.00 | 0.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5. MACHINERY & EQUIPMENT | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 6. MISC INVENTORY | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. REFUNDS (u) | 34.87 | 0.00 | | 34.87 | FA |
| 8. 2002 FORD F150 (u) | 7,750.00 | 7,750.00 | | 7,750.00 | FA |
| --Property sold per order April 23, 2010; Title to vehicle held by Newgrom Construction; Vehicle sold at auction held on April 24, 2010 | | | | | |
| 9. 2001 F450 FLATBED TRUCK (u) | 0.00 | 0.00 | | 0.00 | FA |
| (Not Asset of the Estate) --Asset owned by Estate of Debtor's principal, Ronald Morgan (Case No. 09-42248) and listed on schedules of R. Morgan --Property sold per order dated April 23, 2010; auction held April 24, 2010 --Prior trustee improperly listed as asset of this Debtor and deposited sale proceeds into this estate; funds transferred to correct estate by successor trustee on January 29, 2015 | | | | | |
| 10. 2000 CHEVROLET PICKUP (u) | 0.00 | 0.00 | | 0.00 | FA |
| (Not Asset of the Estate) --Asset owned by Estate of Debtor's principal, Ronald Morgan (Case No. 09-42248) and listed on schedules of R. Morgan --Property sold per order dated April 23, 2010; auction held on April 24, 2010 --Prior trustee improperly listed as asset of this Debtor and deposited sale proceeds into this estate; funds transferred to correct estate by | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 09-42246   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | RFM ENTERPRISES, INC. | | Date Filed (f) or Converted (c): | 11/06/09 (f) |
| | | | 341(a) Meeting Date: | 12/22/09 |
| | | | Claims Bar Date: | 04/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| successor trustee on January 29, 2015 | | | | | |
| 11. 2003 FORD STAKE BODY (u) | 0.00 | 0.00 | | 0.00 | FA |
| (Not Asset of the Estate) | | | | | |
| --Asset owned by Estate of Debtor's principal, Ronald Morgan (Case No. 09-42248) and listed on schedules of R. Morgan | | | | | |
| --Property sold per order dated April 23, 2010; auction held on July 17, 2010 | | | | | |
| --Prior trustee improperly listed as asset of this Debtor and deposited sale proceeds into this estate; funds transferred to correct estate by successor trustee on January 29, 2015 | | | | | |
| 12. SETTLEMENT EV FILAN NO04CH 06750 (u) | 678.26 | 0.00 | | 678.26 | FA |
| 13. A/R (u) | 100.00 | 100.00 | | 200.00 | FA |
| 14. POSSIBLE PREFERENCES (Adv 11 A 2343) (u) | 20,000.00 | 20,000.00 | | 12,500.00 | FA |
| Trustee v. Vetters | | | | | |
| 15. POSSIBLE PREFERENCES (Adv. 11 A 2346) (u) | 10,000.00 | 10,000.00 | | 6,000.00 | FA |
| Trustee v. Discover | | | | | |
| INT. Interest Earned (u) | Unknown | N/A | | 6.14 | Unknown |

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $370,653.13 | $47,850.00 | $27,169.27 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee:

Verified proper administration of estate; transferred assets which were property of the Estate of Ronald F. Morgan, Jr.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-42246   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | RFM ENTERPRISES, INC. | Date Filed (f) or Converted (c): | 11/06/09 (f) |
| | | 341(a) Meeting Date: | 12/22/09 |
| | | Claims Bar Date: | 04/22/10 |

(case no. 09-42248) and not property of this estate; resolved claims issues; prepared the Trustee's final report.

Prior Trustee

INVESTIGATING TRANSFERS (PREFERENCES AND FRAUDULENT TRANSFERS) ; RELATED TO RONALD MORGAN 09B 42248; DEMAND ON SISTER'S

BUSINESS REGARDING INSIDER TRANSFER OF 1M PLUS; ADVERSARY CASE NO 11A 614 PENDING; SET FOR TRIAL IN OCTOBER 2012

Matter settled and compromised. Awaiting tax returns & closing of case

Final report in progress

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 06/30/15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-42246 -DRC
Case Name: RFM ENTERPRISES, INC.

Taxpayer ID No: *******2331
For Period Ending: 04/25/15

Trustee Name: Elizabeth C. Berg, Succ. Trustee
Bank Name: BANK OF NY MELLON
Account Number / CD #: *******8565  Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312267338565 | Wire in from JPMorgan Chase Bank, N.A. account 312267338565 | 9999-000 | 34.87 | | 34.87 |
| 05/05/10 | | AMERICAN AUCTION 8515 S THOMAS AVENUE BRIDGEVIEW, IL 60455 | SALE OF VEHICLES Prior trustee deposited sale proceeds from the sale of 2001 Ford F450 and 2000 Chevy Pickup into this estate; the vehicles are owned by Estate of Ronald Morgan (case no. 09-42248); successor trustee issued check to estate of Ronald Morgan on January 29, 2015 in the amount of $8,775.76 representing the net proceeds from the sale of said vehicles | 1229-000 | 15,935.12 | | 15,969.99 |
| | | | Memo Amount: ( 590.64 ) EXPENSE TO AUCTIONEER | 3620-000 | | | |
| | 8 | | Amount of auctioneer expenses attributable to sale of 2002 Ford F150 Memo Amount: 7,750.00 | 1229-000 | | | |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.57 | | 15,970.56 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,971.21 |
| 07/26/10 | | AMERICAN AUCTION ASSOC., INC. 8515 S THOMAS AVENUE BRIDGVIEW, IL 60455 | SALE OF 2003 FORD TRUCK Prior trustee deposited sale proceeds from the sale of 2003 Ford Stake into this estate; the vehicle is owned by Estate of Ronald Morgan (case no. 09-42248); successor trustee issued check to estate of Ronald Morgan on January 29, 2015 in the amount of $7,089.34 representing the net proceeds from the sale of said vehicle | 1229-000 | 7,089.34 | | 23,060.55 |

FOR PAGE

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-42246  -DRC |
| Case Name: | RFM ENTERPRISES, INC. |
| Taxpayer ID No: | *******2331 |
| For Period Ending: | 04/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | BANK OF NY MELLON |
| Account Number / CD #: | *******8565  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.73 | | 23,061.28 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.97 | | 23,062.25 |
| 09/24/10 | 12 | DANIEL HYNES STATE OF ILLINOIS | WORKERS COMP INSURANCE REBATE | 1249-000 | 678.26 | | 23,740.51 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,740.69 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,740.88 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,741.06 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,741.26 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,741.46 |
| 02/15/11 | 011001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-42246, Bond#016026455     2300-000        $-15.64 | 2300-000 | | 15.64 | 23,725.82 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,726.00 |
| 03/10/11 | 011002 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL  60462 | REIMBURSEMENT FOR ADVERSARY FILING FEE/11A 00614     2700-000        $-250.00 | 2700-000 | | 250.00 | 23,476.00 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,476.20 |
| 04/28/11 | 13 | MACNEAL HOSPITAL 3249 SOUTH OAK PARK AVENUE BERWYN, IL  60402 | VOLUNTARY TURNOVER OF A/R | 1221-000 | 100.00 | | 23,576.20 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,576.39 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,576.58 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,576.77 |
| 07/28/11 | 13 | MACNEAL HOSPITAL 3249 SOUTH OAK PARK AVENUE BERWYN, IL  60402 | VOLUNTARY TURNOVER OF A/R | 1221-000 | 100.00 | | 23,676.77 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,676.96 |

FORM 2

Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-42246  -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | RFM ENTERPRISES, INC. | Bank Name: | BANK OF NY MELLON |
| | | Account Number / CD #: | *******8565  Money Market Account |
| Taxpayer ID No: | *******2331 | | |
| For Period Ending: | 04/25/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.21 | 23,631.75 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,631.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.04 | 23,576.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.61 | 23,578.51 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,578.70 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.45 | 23,530.25 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,530.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.74 | 23,483.70 |
| 11/07/11 | 011003 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | reimbursement for adversary filing fees/11-02343 & 11-02346 | 2700-000 | | 586.00 | 22,897.70 |
| | | 1900 Ravinia Place | 2700-000     $-586.00 | | | | |
| | | Orland Park, IL  60462 | | | | | |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.18 | | 22,897.88 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.67 | 22,847.21 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 22,847.40 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.94 | 22,800.46 |
| 01/27/12 | 15 | DISCOVER BANK | SETTLEMENT PAYMENT | 1241-000 | 6,000.00 | | 28,800.46 |
| | | P.O. BOX 15185 | | | | | |
| | | WILMINGTON, DE  19850 | | | | | |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 28,800.65 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.25 | 28,750.40 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 28,750.40 | 0.00 |
| | | | 9999-000     $-28,750.40 | | | | |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-42246 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | Bank Name: | BANK OF NY MELLON |
| | | Account Number / CD #: | *******8565 Money Market Account |
| Taxpayer ID No: | *******2331 | | |
| For Period Ending: | 04/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 7,750.00 | COLUMN TOTALS | 29,943.73 | 29,943.73 | 0.00 |
| | | Memo Allocation Disbursements: | 590.64 | Less: Bank Transfers/CD's | 34.87 | 28,750.40 | |
| | | | | Subtotal | 29,908.86 | 1,193.33 | |
| | | Memo Allocation Net: | 7,159.360 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 29,908.86 | 1,193.33 | |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Ver: 18.04

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-42246 -DRC | |
| Case Name: | RFM ENTERPRISES, INC. | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee | |
| Bank Name: | GREEN BANK | |
| Account Number / CD #: | *******4601  DDA | |

Taxpayer ID No: *******2331
For Period Ending: 04/25/15

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 28,750.40 | | 28,750.40 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Term: 2/1/12 to 2/01/13 | 2300-000 | | 20.23 | 28,730.17 |
| | | | 2300-000        $-20.23 | | | | |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 34.40 | 28,695.77 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 47.80 | 28,647.97 |
| 04/16/12 | 005002 | UPS LOCKBOX 577 CAROL STREAM, IL  60132 | OVERNIGHT DELIVER FEES 2990-000        $-17.90 | 2990-000 | | 17.90 | 28,630.07 |
| 04/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 43.24 | 28,586.83 |
| 05/14/12 | 14 | CREATION CARPENTRY 8556 WEST 142ND PLACE ORLAND PARK, IL  60462 | PREFERENCE PAYMENT | 1241-000 | 12,500.00 | | 41,086.83 |
| 05/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 57.19 | 41,029.64 |
| 06/05/12 | 005003 | EUNICE SACHS & ASSOCIATES 218 SHEA DRIVE FLOSSMOOR, IL  60422- | DEPOSITION OF CHRISTINE PETERSON 2990-000        $-131.25 | 2990-000 | | 131.25 | 40,898.39 |
| 06/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 66.07 | 40,832.32 |
| 07/10/12 | 005004 | EUNICE SACHS & ASSOCIATES | DEPOSITION OF CHRISTINE PETERSON/ | 2990-000 | | 415.00 | 40,417.32 |

Page Subtotals     41,250.40     833.08

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page:   6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-42246 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | | Bank Name: | GREEN BANK |
| | | | Account Number / CD #: | *******4601  DDA |
| Taxpayer ID No: | *******2331 | | | |
| For Period Ending: | 04/25/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 218 SHEA DRIVE | 5/21/12 | | | | |
| | | FLOSSMOOR, IL  60422- | 2990-000       $-415.00 | | | | |
| 07/11/12 | 005005 | EUNICE SACHS & ASSOCIATES | INV 41278/DEPOSITION OF CHRISTINE | 2990-000 | | 105.00 | 40,312.32 |
| | | 218 SHEA DRIVE | PETERSON | | | | |
| | | FLOSSMOOR, IL  60422- | 2990-000       $-105.00 | | | | |
| 07/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 63.44 | 40,248.88 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 08/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 71.23 | 40,177.65 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 09/28/12 | | Green Bank | Bank Service Fee | 2600-000 | | 56.46 | 40,121.19 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 10/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 64.74 | 40,056.45 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 11/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 66.72 | 39,989.73 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 12/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 60.36 | 39,929.37 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 64.43 | 39,864.94 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/21/13 | 005006 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | 37.77 | 39,827.17 |
| | | 701 POYDRAS STREET | 2300-000       $-37.77 | | | | |

| | Page Subtotals | 0.00 | 590.15 |
|---|---|---|---|

Ver: 18.04

Page:   7

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-42246 -DRC |
| Case Name: | RFM ENTERPRISES, INC. |
| Taxpayer ID No: | *******2331 |
| For Period Ending: | 04/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4601  DDA |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | |
| 02/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 58.10 | 39,769.07 |
| | | US Trustee Services | | | | |
| | | 2900 North Loop West, Suite 200 | | | | |
| | | Houston, TX  77092 | | | | |
| 03/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 64.17 | 39,704.90 |
| | | US Trustee Services | | | | |
| | | 2900 North Loop West, Suite 200 | | | | |
| | | Houston, TX  77092 | | | | |
| 04/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 62.00 | 39,642.90 |
| | | US Trustee Services | | | | |
| | | 2900 North Loop West, Suite 200 | | | | |
| | | Houston, TX  77092 | | | | |
| 05/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 68.09 | 39,574.81 |
| | | US Trustee Services | | | | |
| | | 2900 North Loop West, Suite 200 | | | | |
| | | Houston, TX  77092 | | | | |
| 06/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 57.68 | 39,517.13 |
| | | US Trustee Services | | | | |
| | | 2900 North Loop West, Suite 200 | | | | |
| | | Houston, TX  77092 | | | | |
| 07/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 63.76 | 39,453.37 |
| | | US Trustee Services | | | | |
| | | 2900 North Loop West, Suite 200 | | | | |
| | | Houston, TX  77092 | | | | |
| 08/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 67.77 | 39,385.60 |
| | | US Trustee Services | | | | |
| | | 2900 North Loop West, Suite 200 | | | | |
| | | Houston, TX  77092 | | | | |

Page Subtotals      0.00      441.57

Ver: 18.04

FORM 2

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          09-42246 -DRC
Case Name:        RFM ENTERPRISES, INC.

Trustee Name:     Elizabeth C. Berg, Succ. Trustee
Bank Name:        GREEN BANK
Account Number / CD #:   *******4601  DDA

Taxpayer ID No:   *******2331
For Period Ending:   04/25/15

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 57.40 | 39,328.20 |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 63.46 | 39,264.74 |
| 11/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 63.36 | 39,201.38 |
| 12/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 61.21 | 39,140.17 |
| 01/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 67.23 | 39,072.94 |
| 02/28/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 56.95 | 39,015.99 |
| 08/08/14 | 005007 | Joseph Voiland, Successor Trustee   to David E. Grochocinski | Transfer funds to Successor TR | 9999-000 | | 39,015.99 | 0.00 |

Page Subtotals            0.00            39,385.60

Ver: 18.04

FORM 2   Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-42246  -DRC | |
| Case Name: | RFM ENTERPRISES, INC. | |
| Taxpayer ID No: | *******2331 | |
| For Period Ending: | 04/25/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg,Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4601  DDA |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 41,250.40 | 41,250.40 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 28,750.40 | 39,015.99 | |
| | | | | Subtotal | | 12,500.00 | 2,234.41 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 12,500.00 | 2,234.41 | |

Page Subtotals   0.00   0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-42246 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | RFM ENTERPRISES, INC. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6651 Checking Acct - ECB TR |
| Taxpayer ID No: | *******2331 | | |
| For Period Ending: | 08/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Transfer from Acct #*******2154 | Bank Funds Transfer | 9999-000 | 38,801.25 | | 38,801.25 |
| | | | Transfer funds to Successor TR new account.  ecb | | | | |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 42.79 | 38,758.46 |
| 01/29/15 | 001001 | Elizabeth C. Berg | Payment of non-estate sale proceeds | 1229-000 | -8,775.76 | | 29,982.70 |
| | | Successor Trustee | To Estate of Ronald P. Morgan, debtor | | | | |
| | | 20 N. Clark St.  #200 | Case No. 09-42248 | | | | |
| | | Chicago IL 60603 | Sale proceeds received by prior trustee from auction | | | | |
| | | | of vehicles (2001 Ford F450 and 2000 Chevy Pickup) | | | | |
| | | | on April 24, 2010  paid to estate of Ronald Morgan | | | | |
| | | | which owned said vehicles | | | | |
| 01/29/15 | 001002 | Elizabeth C. Berg | Payment of non-estate sale proceeds | 1229-000 | -7,089.34 | | 22,893.36 |
| | | Successor Trustee | to Estate of Ronald P. Morgan, debtor | | | | |
| | | 20 N. Clark St.  #200 | Case No. 09-42248 | | | | |
| | | Chicago IL 60603 | Sale proceeds received by prior trustee from auction | | | | |
| | | | of 2003 Ford Stake on July 17, 2010  paid to estate of | | | | |
| | | | Ronald Morgan which owned said vehicle | | | | |
| 02/20/15 | 001003 | Arthur B. Levine Company | 2015 Bond Premium | 2300-000 | | 19.52 | 22,873.84 |
| | | Adams Levine | | | | | |
| | | 60 East 42nd Street | | | | | |
| | | New York NY 10165 | | | | | |
| 06/30/15 | 001004 | Scott Horewitch Pidgeon & Abrams, LLC | Accountant for Trustee Fees (Other | 3410-000 | | 5,595.00 | 17,278.84 |
| | | 2150 E Lake Cook Road | | | | | |
| | | Suite 560 | | | | | |
| | | Buffalo Grove, IL  60089 | | | | | |
| 06/30/15 | 001005 | InnovaLaw, PC | Attorney for Trustee Fees (Trustee | 3110-000 | | 10,000.00 | 7,278.84 |
| | | 1900 Ravinia Palce | | | | | |
| | | Orland Park, IL  60462 | | | | | |
| 06/30/15 | 001006 | InnovaLaw, PC | Attorney for Trustee Expenses (Trus | 3120-000 | | 353.97 | 6,924.87 |
| | | 1900 Ravinia Palce | | | | | |

| | | | Page Subtotals | | 22,936.15 | 16,011.28 | |

Ver: 18.05

FORM 2

Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-42246  -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | RFM ENTERPRISES, INC. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6651  Checking Acct - ECB TR |
| Taxpayer ID No: | *******2331 | | |
| For Period Ending: | 08/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/15 | 001007 | Orland Park, IL  60462 Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street  #200 Chicago  IL  60602 | Trustee Compensation | 2100-000 | | 2,500.00 | 4,424.87 |
| 06/30/15 | 001008 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL  60602 | Claim 5, Payment 1.80% | 5400-000 | | 4,424.87 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 22,936.15 | 22,936.15 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | | 38,801.25 | 0.00 | |
| | | | Subtotal | | -15,865.10 | 22,936.15 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | -15,865.10 | 22,936.15 | |

Page Subtotals          0.00          6,924.87

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

FORM 2

Page: 12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          09-42246  -DRC
Case Name:     RFM ENTERPRISES, INC.

Taxpayer ID No:  *******2331
For Period Ending:  08/02/15

Trustee Name:          Elizabeth C. Berg, Succ. Trustee
Bank Name:             Associated Bank
Account Number / CD #:   *******2154  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/14 | | David E Grochocinski, Former Trustee | Transfer Funds from Prior TR | 9999-000 | 39,015.99 | | 39,015.99 |
| | | Grochocinski & Grochocinski | | | | | |
| | | 1900 Ravinia Place | | | | | |
| | | Orland Park, IL  60462 | | | | | |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 44.90 | 38,971.09 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 56.07 | 38,915.02 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 57.86 | 38,857.16 |
| 12/05/14 | | Associated Bank | Bank Service Fee | 2600-000 | | 55.91 | 38,801.25 |
| 12/10/14 | | Transfer to Acct #*******6651 | Bank Funds Transfer | 9999-000 | | 38,801.25 | 0.00 |
| | | | Transfer funds to Successor TR new account.  ecb | | | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 39,015.99 | 39,015.99 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | | 39,015.99 | 38,801.25 | |
| | | | Subtotal | | 0.00 | 214.74 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 214.74 | |

Page Subtotals          39,015.99          39,015.99

Ver: 18.05

**FORM 2** Page: 13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-42246 -DRC | | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee | |
| Case Name: | RFM ENTERPRISES, INC. | | | Bank Name: | JP MORGAN CHASE BANK | |
| | | | | Account Number / CD #: | *******8565  Money Market Account | |
| Taxpayer ID No: | *******2331 | | | | | |
| For Period Ending: | 04/25/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/10 | 7 | DEPT OF EMPLOYMENT SECURITY | TAX REFUND | 1224-000 | 34.87 | | 34.87 |
| 04/06/10 | | Wire out to BNYM account 000267338565 | Wire out to BNYM account 000267338565 | 9999-000 | | 34.87 | 0.00 |
| | | | Wire out to BNYM account 000267338565 | | | | |
| | | | 9999-000      $-34.87 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 34.87 | 34.87 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | 0.00 | 34.87 | |
| | | | Subtotal | 34.87 | 0.00 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 34.87 | 0.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 7,750.00 | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 590.64 | TOTAL - ALL ACCOUNTS | | | |
| | | Money Market Account - *******8565 | 29,908.86 | 1,193.33 | 0.00 |
| Total Memo Allocation Net: | 7,159.36 | DDA - *******4601 | 12,500.00 | 2,234.41 | 0.00 |
| | | Checking Acct - ECB TR - *******6651 | -15,865.10 | 22,936.15 | 0.00 |
| | | Checking Account - *******2154 | 0.00 | 214.74 | 0.00 |
| | | Money Market Account - *******8565 | 34.87 | 0.00 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| | | | 26,578.63 | 26,578.63 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |